IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**WILLIAM EPPERSON,**

       **Petitioner,**

v.                                          CASE NO.  4:14cv176-MW/CAS

**MICHAEL D. CREWS,**
Secretary, Florida Department
of Corrections,

       **Respondent.**

_____/

**ORDER ACCEPTING AND ADOPTING REPORT AND
<u>RECOMMENDATION</u>**

This Court has considered the Magistrate's Report and Recommendation, ECF No. 12, filed July 21, 2014.  Upon consideration, no objections having been filed by Petitioner,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion.

The Clerk shall enter judgment stating, "This case is **DISMISSED without**

1

**prejudice** for failure to prosecute this case or comply with a court order." The Clerk shall close the file.

    **SO ORDERED on August 18, 2014.**

                                                 <u>s/Mark E. Walker</u>
                                                 **United States District Judge**